

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                             4:05cr189   JLH

LAVELLE DEMETRICK EVANS                                     DEFENDANT(S)

### ORDER

On December 21, 2005 the above entitled cause came on for a hearing regarding the defendant's liberty pending trial. The undersigned ruled from the bench that defendant would be detained pending trial, subject to further order of the court. This order has been reduced to writing on this date.

IT IS SO ORDERED this 19th day of April 2006,

NUNC PRO TUNC to December 21, 2005.

_____
U.S. Magistrate Judge John F. Forster, Jr.