**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                            No. 4:05CR00189 JLH

LAVELLE DEMETRICK EVANS                                                                        DEFENDANT

## ORDER

The Court hereby orders that the transcript of the sentencing hearing held on September 27, 2006, be sealed.

IT IS SO ORDERED this 27th day of September, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE