FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 12 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                              NO. 4:05CR00189 JLH

LAVELLE DEMETRICK EVANS                                     DEFENDANT

### ORDER

Pending before the Court is the government's Motion to Revoke Bond. Docket #54. The motion is granted. The Clerk of Court is directed to issue a warrant of arrest for defendant **LAVELLE DEMETRICK EVANS,** and deliver the warrant to the United States Marshal for service.

Upon his arrest, the United States Marshals Service is to immediately deliver defendant to the designated Bureau of Prisons facility to begin serving his term of imprisonment.

IT IS SO ORDERED this 12th day of October, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE